# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>SCOTT JASON WATSON,<br><br>*Defendant(s)* | Case No. 1:21-MJ-12 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/25/2020 to 01/21/2021__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Karolina Klyuchnikova
*Printed name and title*

*Complainant's signature*

TFO Randall Mason
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ (specify reliable electronic means).

Date: January 22, 2021

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, Magistrate Judge
*Printed name and title*